STAYED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00247
### Internal Use Only

Estrada v. Pfizer Inc. et al
Assigned to: Judge Janis Graham Jack
Case in other court: 347th District Court of Nueces County, Texas, 07-01818-H
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/04/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Elva Estrada**　　　　represented by　**Kathryn A Snapka**
Snapka & Turman LLP
P O Box 23017
Corpus Christi, TX 78403
361-888-7676
Fax: 361-884-8545
Email: ksnapka@stwllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**　　　　represented by　**Leslie A Benitez**
Clark Thomas et al
P O Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129 fax
Email: jmh@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Andrew Hutton**
Clark Thomas & Winters, P.C.
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: ah1@ctw.com
*ATTORNEY TO BE NOTICED*

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____ Deputy Clerk

**Defendant**

**Jacqueline Guerrero**

**Defendant**

Bob Davis

**Defendant**

Jeanne L. Jalufka      represented by **Kenneth J Ferguson**
Clark Thomas et al
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: kjf@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Kyle M. Nelson

**Defendant**

Jason D. Hahn

**Defendant**

Robert G. Vial      represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Kathryn K. Truitt

**Defendant**

Kari A. McLuhan

**Defendant**

Reynaldo Riojas

**Defendant**

Francisco Meza

**Defendant**

Jack Barineau

**Defendant**

Erica Zeplin      represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Quinones**

**Defendant**

**W. Lance Goodson**                                represented by **Leslie A Benitez**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Keely Rodriguez**

**Defendant**

**Leah Silva**

**Defendant**

**Daniel Ponce**

**Defendant**

**Celeste Escobar**

**Defendant**

**Jill Guidry**

**Defendant**

**Daniel Townsend**

**Defendant**

**Lynsey Adame**                                    represented by **Kenneth J Ferguson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/04/2007 | 1 | NOTICE OF REMOVAL from 347th Judicial District Court of Nueces County, Texas, case number 07-1818-H (Filing fee $ 350 receipt number 2734827) filed by Pfizer Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1 through 5# 3 Exhibit 6(A) through 6(U)# 4 Exhibit 7(A) through 7(M))(Benitez, Leslie) (Entered: 06/04/2007) |
| 06/04/2007 | 2 | DEMAND for Trial by Jury by Pfizer Inc., filed.(Hutton, John) (Entered: 06/04/2007) |
| 06/04/2007 | 3 | CORPORATE DISCLOSURE STATEMENT by Pfizer Inc., filed. (Ferguson, Kenneth) (Entered: 06/04/2007) |
| 06/11/2007 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/6/2007 at 01:30 PM before Chief Judge Hayden Head.( Signed by Judge Hayden Head ) |

| | | |
|---|---|---|
| | | Parties notified.(ssyler, ) (Entered: 06/11/2007) |
| 06/12/2007 | 5 | ORDER OF RECUSAL. Judge Hayden Head recused. Case reassigned to Judge Janis Graham Jack for all further proceedings.( Signed by Judge Hayden Head ) Parties notified.(mserpa, ) (Entered: 06/12/2007) |
| 06/22/2007 | 6 | ANSWER to 1 Complaint with Jury Demand by Robert G. Vial, Erica Zeplin, Lynsey Adame, Jeanne L. Jalufka, filed.(Benitez, Leslie) (Entered: 06/22/2007) |
| 06/26/2007 | 7 | CERTIFICATE OF INTERESTED PARTIES by Pfizer Inc., filed. (Benitez, Leslie) (Entered: 06/26/2007) |
| 06/29/2007 | 8 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/26/2007 at 01:15 PM before Judge Janis Graham Jack. (Attachments: # 1) Parties notified. (sscotch, ) (Entered: 06/29/2007) |
| 07/03/2007 | 9 | MOTION to Stay by Pfizer Inc., filed. Motion Docket Date 7/23/2007. (Attachments: # 1 Exhibit 1 through 13# 2 Proposed Order)(Benitez, Leslie) (Entered: 07/03/2007) |
| 07/05/2007 | 10 | ORDER granting 9 Motion to Stay.( Signed by Judge Janis Graham Jack ) Parties notified.(lcayce, ) (Entered: 07/05/2007) |
| 07/05/2007 | | ***Deadlines terminated. (sscotch, ) (Entered: 07/23/2007) |